

**Attorneys at Law**

September 2, 2020

**VIA REGUALR MAIL**
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
Central Islip, New York, 11722

**Re: Rosy St. Fort, *Debtor***
**Bankruptcy Case No.:20-70914**

To Whom It May Concern,

      Our office represents Debtor, Rosy St. Fort, in the above referenced matter. On August 9, 2020 our office filed a Motion to Convert to a Chapter 13. The motion was assigned docket number #29. Our office respectfully withdraws its Motion to Convert to a Chapter 13 as Debtor intends to convert to a Chapter 11.

      Sincerely,
/s/Kevar Young
Kevar Young
Paralegal
McKinley Onua & Associates
26 Court Street, Ste. 300
Brooklyn, New York 11242