9:30 AM **8-20-70914-reg**    Rosy St. Fort
Ch 7
Trustee: Silverman

**Moving:** Nnenna Okike Onua
**Opposing:**
**Debtor or Plaintiff Attorney:** Nnenna Okike Onua

6

**Matter:** **[35] Motion to Convert Case From Chapter 7 to 11 and To Vacate Order dated 7/31/2020 and 8/26/2020 by Nnenna Okike Onua on behalf of Rosy St. Fort.**

**Courtroom Deputy Notes:**

[ ] No Appearance Movant/Pltf        [ ] Granted            [ ] Order Submitted

[ ] No Opposition                    [X] Denied without Prejudice.

[ ] No Appearance Either Side        [ ] Marked Off         [ ] Submit Order

[X] Appearance by Movant/Defendant   [ ] Dismissed          [ ] Settle Order

[ ] Submit Order and Judgment        [ ] Withdrawn          [ ] Settled

[ ] Settle Conditional Order         [X] So Ordered         [ ] Court to Issue Order



Dated: Central Islip, New York                **Robert E. Grossman**
September 22, 2020                            **United States Bankruptcy Judge**